UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

RAFAEL SANTIAGO,

                                          Plaintiff,

-against-

THE CITY OF NEW YORK, POLICE OFFICER JOSEPH PETRILLO [Shield No. 7669] SGT. "JOHN" MURPHY [Shield No. Unknown] and POLICE OFFICERS JOHN DOES 1 – 4 in their individual and official capacities as Police Officers employed by the City of New York,

                                          Defendants.

------------------------------------------------------------------------x

**NOTICE OF APPEARANCE**

07 CV 6389 (CM)

      **PLEASE TAKE NOTICE** that **CRAIG HANLON**, Assistant Corporation Counsel, should be listed as counsel of record on behalf of the Corporation Counsel of the City of New York, Michael A. Cardozo, attorney for defendants City of New York, effective August 7, 2007.

Dated: New York, New York
         August 7, 2007

                                          MICHAEL A. CARDOZO
                                          Corporation Counsel
                                          City of New York
                                          Attorney for Defendant
                                          100 Church Street, Room 3-198
                                          New York, New York 10007
                                          (212) 788-1580

                                          By: _____
                                                Craig Hanlon (CH 5679)
                                                Special Federal Litigation Division

To:    Andrew F. Plasse, Esq.
        Attorney for Plaintiff
        352 Seventh Ave., Suite 402
        New York, New York 10007

Index No. 07 CV 6389 (KMK)

| |
|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK |
| RAFAEL SANTIAGO,<br><br>                                                             Plaintiff,<br><br>-against-<br><br>THE CITY OF NEW YORK, POLICE OFFICER JOSEPH PETRILLO [Shield No. 7669] SGT. "JOHN" MURPHY [Shield No. Unknown] and POLICE OFFICERS JOHN DOES 1 – 4 in their individual and official capacities as Police Officers employed by the City of New York,<br><br>                                                             Defendants. |
| **NOTICE OF APPEARANCE** |
| ***MICHAEL A. CARDOZO***<br>*Corporation Counsel of the City of New York*<br>*Attorney for Defendant*<br><br>*100 Church Street*<br>*New York, N.Y. 10007*<br>*Of Counsel: Craig Hanlon*<br><br>*Tel: (212) 788-1580*<br>*NYCLIS No.* |
| *Due and timely service is hereby admitted.*<br><br>*New York, N.Y. ................................................,2007*<br><br>*................................................................ Esq.*<br><br>*Attorney for City of New York* |