UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------------x

RAFAEL SANTIAGO,

                                    Plaintiff,

                -against-

THE CITY OF NEW YORK, POLICE OFFICER JOSEPH PETRILLO [Shield No. 7669] SGT. "JOHN" MURPHY [Shield No. Unknown] and POLICE OFFICERS JOHN DOES 1 – 4 in their individual and official capacities as Police Officers employed by the City of New York,

                                    Defendants.

------------------------------------------------------------------------------x

**NOTICE OF APPEARANCE**

07 CV 6389 (CM)

     **PLEASE TAKE NOTICE** that **ANNA NGUYEN**, Assistant Corporation Counsel, should be listed as counsel of record on behalf of the Corporation Counsel of the City of New York, Michael A. Cardozo, attorney for defendant City of New York, effective January 23, 2008.

Dated:  New York, New York
          January 23, 2008

                                          MICHAEL A. CARDOZO
                                          Corporation Counsel
                                          City of New York
                                          Attorney for Defendant
                                          100 Church Street, Room 3-213
                                          New York, New York 10007
                                          (212) 788-0971

                               By:        /s/
                                            Anna Nguyen
                                            Assistant Corporation Counsel
                                            Special Federal Litigation Division

To:     BY ECF
          Andrew F. Plasse, Esq.
          Attorney for Plaintiff
          352 Seventh Ave., Suite 402
          New York, New York 10007

Index No. 07 CV 6389 (CM)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RAFAEL SANTIAGO,

                            Plaintiff,

-against-

THE CITY OF NEW YORK, POLICE OFFICER JOSEPH PETRILLO [Shield No. 7669] SGT. "JOHN" MURPHY [Shield No. Unknown] and POLICE OFFICERS JOHN DOES 1 – 4 in their individual and official capacities as Police Officers employed by the City of New York,

                            Defendants.

**NOTICE OF APPEARANCE**

*MICHAEL A. CARDOZO*
*Corporation Counsel of the City of New York*
*Attorney for Defendant City of New York*

*100 Church Street*
*New York, N.Y.  10007*
*Of Counsel: Anna Nguyen*

*Tel:  (212) 788-0971*
*NYCLIS No.*

*Due and timely service is hereby admitted.*

*New York, N.Y.  ..................................................,2008*

*..........................................................................Esq.*

*Attorney for City of New York*